
FILED
June 21, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002722061

2

GERALD L. WHITE - State Bar No. 88833
GARY H. GALE - State Bar No. 97327
LAW OFFICE OF GERALD L. WHITE
111 WOODMERE ROAD, SUITE 240
FOLSOM, CA  95630

TELEPHONE:  (916) 985-3330

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                                                   )          Case No. 10-35380-C-7
                                                         )
TODD EDWARD MOORE                 )          Chapter 7
                                                         )
                                                         )          DC No. GW-1
                                                         )
                                                         )          Date:  July 20, 2010
                                                         )          Time:  9:30 a.m.
                          Debtor                    )          Place: Courtroom 35, Dept. C
                                                         )                   501 I Street, 6th Floor
                                                         )                   Sacramento, CA
                                                         )

**MOTION TO COMPEL TRUSTEE TO
ABANDON BUSINESS PROPERTY TO ALLOW DEBTOR TO
CONTINUE OPERATION OF BUSINESS**

Debtor, Todd Moore, hereby moves the Court for an order compelling the Chapter 7 Trustee, David Gravell, to abandon property of this bankruptcy estate so that Debtor may continue to operate his business, a sole proprietorship painting contractor doing business as Blackwater Painting, at 2007 Outrigger Drive, El Dorado Hills, CA 95762.

1.  The property to be abandoned is described in Schedule B, at categories 16, 25, 28, and 29, a copy of which is filed herewith as Exhibit A, and is summarized as follows:

```
Accounts Receivables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $16,670.00
2006 Nissan Titan SE (no equity - loan $14,616.00) . . . . . . . . . . . . $11,000.00
Office Equipment, Furnishings, and Supplies . . . . . . . . . . . . . . . . . . $   110.00
Machinery, Fixtures, Equipment, and Supplies . . . . . . . . . . . . . . . . . $ 1,725.00
```

2. All of the above-referenced property has been claimed exempt as set forth in Schedule C, a copy of which is filed herewith as Exhibit B.

3. Debtor has liability and worker's compensation insurance for the business as indicated in the Certificate of Liability Insurance, a copy of which is filed herewith as Exhibit C.

4. As set forth in the Declaration of Debtor, Todd Moore, filed herewith and Schedule I, a copy of which is filed herewith as Exhibit D, and Schedule J, a copy of which is filed herewith as Exhibit E, and the Business Income and Expenses, a copy of which is filed herewith as Exhibit F, Debtor needs to continue operating the business to generate the income necessary to support himself and his dependents.

5. The property is claimed exempt or is of insufficient value for the Trustee to liquidate for the benefit of creditors.

Wherefore, Debtor respectfully requests that this Court order that the property described above be abandoned as property of this bankruptcy estate.

Dated: 6/21/10                                By: /s/ Gerald L. White
                                                   Attorney for Debtors

///
///
///